IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                              Case No. 4:11CR00022-2 JMM

MCKLEEN DEVON ALLEN                                                                DEFENDANT

## ORDER MODIFYING CONDITIONS OF RELEASE (NUNC PRO TUNC)

Defendant's conditions are hereby modified to require that he reside with his mother Mary Thomas at the address provided to the Court at the time of his plea and arraignment on January 24, 2011.  All other conditions remain in effect.

IT IS SO ORDERED this 1st day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE