FILED
U S DISTRICT
EASTERN DISTRICT ARKANSAS

MAR 11 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.  NO. 4:11CR00022 JM

MCKLEEN DEVON ALLEN

## MOTION TO DISMISS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States of America, by and through United States Attorney Christopher R. Thyer and Assistant United States Attorney Edward O. Walker requests that, in the interest of justice, the Indictment against Defendant McKleen Devon Allen be dismissed without prejudice.

Respectfully submitted,

CHRISTOPHER R. THYER
United States Attorney

By EDWARD O. WALKER
Assistant U. S. Attorney
Bar No. 2000076
P. O. Box 1229
Little Rock, Arkansas 72203
501-340-2600
edward.o.walker@usdoj.gov

SO ORDERED this 11th day of March, 2014.

JAMES M. MOODY, JR.
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed this 11th day of March, 2014 and a copy mailed to defense counsel of record.

_____
EDWARD O. WALKER